# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 22-7134** | **September Term, 2022** |
| | **1:21-mc-00110-DLF** |
| | **Filed On: January 19, 2023** [1982107] |

John Does 1-7,

    Appellant

    v.

Taliban, et al.,

    Appellees

## O R D E R

    Upon consideration of appellees' unopposed motion for extension of time to file its brief, it is

    **ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellees' Brief | March 20, 2023 |
| Appellant's Reply Brief | May 1, 2023 |

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                    BY:    /s/
                                      Michael C. McGrail
                                      Deputy Clerk