# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 22-7134**　　　　　　　　　　　　　　　　　**September Term, 2022**

1:21-mc-00110-DLF

**Filed On: April 27, 2023** [1996863]

John Does 1-7,

    Appellant

  v.

Taliban, et al.,

    Appellees

## O R D E R

    It is **ORDERED**, on the court's own motion, that the remaining deadline established in the court's January 19, 2023 briefing order be suspended pending further order of the court.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                BY:    /s/
                              Michael C. McGrail
                              Deputy Clerk